# CERTIFICATE OF DEATH

Primary Reg. Dist. No. 5701
Registrar's No. 5700-2023007093
State File No. 2023112662

## DECEDENT

- **1. Decedent's Legal Name:** JILL LOUISE CONLEY
- **2. Sex:** FEMALE
- **3. Date of Death:** NOVEMBER 17, 2023
- **4. Social Security Number:** ###-##-4288
- **5a. Age (Years):** 71
- **6. Date of Birth:** ## / ## / 1952
- **7. Birthplace:** DAYTON, OHIO
- **8a. Residence State:** OHIO
- **8b. County:** MONTGOMERY
- **8c. City or Town:** DAYTON
- **8d. Street Address and Zip Code:** 5901 DAYTON-FARMERSVILLE ROAD 45417
- **9. Ever in US Armed Forces?:** NO
- **10. Marital Status at Time of Death:** MARRIED
- **11. Surviving Spouse's Name:** EARL CONLEY
- **12. Decedent's Education:** 9TH THRU 12TH GRADE; NO DIPLOMA
- **13. Decedent of Hispanic Origin:** NO
- **14. Decedent's Race:** WHITE
- **15. Father's Name:** HOWARD F FRY
- **16. Mother's Name (prior to first marriage):** JEAN L LOWMAN
- **17a. Informant's Name:** EARL CONLEY
- **17b. Relationship to Decedent:** HUSBAND
- **17c. Mailing Address:** 5901 DAYTON-FARMERSVILLE ROAD, DAYTON, OHIO 45417
- **18a. Place of Death:** NONHOSPITAL - HOSPICE FACILITY
- **18b. Facility Name:** HOSPICE OF DAYTON INC
- **18c. City or Town, State and Zip Code:** DAYTON, OH 45420
- **18d. County of Death:** MONTGOMERY

## DISPOSITION

- **19. Funeral Service Licensee or Other Agent:** MATTHEW J CARTER
- **20. License Number:** 009773
- **21. Name and Complete Address of Funeral Facility:** NEWCOMER CREMATIONS, FUNERALS AND 820 MIAMISBURG-CENTERVILLE ROAD, CENTERVILLE, OH 45459
- **22. Method and Place of Disposition:** CREMATION - NEWCOMER CREMATORY, KETTERING, OH
- **23. Local Registrar:** BARRY STILES
- **24. Date Filed:** NOVEMBER 29, 2023

## CERTIFIER

- **26a. Certifier:** [X] Certifying Physician
- **26b. Time of Death:** 09:45
- **26c. Date Pronounced Dead:** NOVEMBER 17, 2023
- **26d. Was Case Referred to Medical Examiner or Coroner?:** NO
- **26e. Certifier Name and Title:** RICHARD LEE GREENO, JR.   MD
- **26f. License number:** 35.066921
- **26g. Date Signed:** NOVEMBER 29, 2023
- **27. Name and Address of Person who Completed Cause of Death:** RICHARD LEE GREENO, JR., 324 WILMINGTON AVENUE, DAYTON, OH 45420

## CAUSE OF DEATH

**28. Part I.**

| | Cause | Approximate Interval: Onset and Death |
|---|---|---|
| a. Immediate Cause | ENDOCARDITIS | WEEKS |
| b. Due to (or as Consequence of) | DENTAL CARIES | MONTHS |
| c. Due to (or as Consequence of) | | |
| d. Due to (or as Consequence of) | | |

**Part II.** Other significant conditions contributing to death but not resulting in the underlying cause given in Part I:

- **29a. Was An Autopsy Performed?:** NO
- **29b. Were Autopsy Findings Available Prior To Completion Of Cause of Death?:** NOT APPLICABLE
- **30. Did Tobacco Use Contribute to Death?:** PROBABLY
- **31. If Female, Pregnancy Status:** NOT APPLICABLE
- **32. Manner of Death:** NATURAL

HEA 2724, Rev. 08/18

BARRY STILES
LOCAL REGISTRAR
DEC 01 2023
*(signature: Barry Stiles)*

I HEREBY CERTIFY THIS DOCUMENT IS AN EXACT COPY OF THE RECORD ON FILE WITH THE OHIO DEPARTMENT OF HEALTH

*(VOID watermark across document)*